# Court of Appeals
# of the State of Georgia

ATLANTA, May 04, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0396.  CHARLES JOE MATHERLY JR. v. THE STATE.**

Charles Joe Matherly, Jr., has filed an application for discretionary review of the trial court's order dismissing his motion to reduce or modify his sentence. Although Matherly has included a copy of the trial court's order, the order was not a stamped "filed" copy as required by Court of Appeals Rule 31 (c).  Without such a copy of the order, we cannot ascertain if the application was filed within 30 days of the day it was entered by the trial court clerk, which is a jurisdictional prerequisite. See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, on April 11, 2017, we ordered Matherly to supplement his application within ten days with a stamped "filed" copy of the order.  We provided that failure to comply with this directive would result in dismissal of the application.  In response to April 11, 2017 order, Matherly provided a stamped "filed" copy of June 17, 2016 order revoking his probation.  Matherly did not submit a stamped "filed" copy of the trial court order dismissing his motion to reduce or modify his sentence, from which he seeks discretionary appeal.

Without a stamped "filed" copy of the trial court order, we are unable to entertain jurisdiction over this case. Accordingly, Matherly's application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,___05/04/2017_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*